JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PAC-WEST, INC., dba SHARPS HARDWARE, et al.,<br><br>　　　　Defendants. | No. 2:11-cv-04892-CAS-DTB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION**<br><br>Complaint Filed: June 9, 2011 |

　　　The parties having so stipulated,

　　　IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. All parties to bear their own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: March 8, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Christina A. Snyder
　　　　　　　　　　　　　　　　United States District Judge

*Shaw v. Pac-West, Inc., et al.*
Order Granting Stipulation for Dismissal of Action

Page 1